**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO RODRIGUEZ,<br><br>  Plaintiff<br><br>v.<br><br>JOHN KEAST, et al.,<br><br>  Defendants | Case No.: 3:24-cv-00218-MMD-CSD<br><br>**Order**<br><br>Re: ECF Nos. 1-3, 9, 10 |

Plaintiff, who is a prisoner in custody of the Nevada Department of Corrections, has filed an application to proceed in forma pauperis (IFP) and a first amended civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 12.)

The district court screened Plaintiff's first amended complaint and allowed him to proceed with an Eighth Amendment claim deliberate indifference to serious medical needs claim against defendants Keast, Benson, Issacson, Coss and Williams, based on allegations that they have known since 2019 that Plaintiff needs cataract surgery, but he still has not had the surgery despite numerous medical requests and approvals for the surgery. Plaintiff contends that as a result of the delay, he is now completely blind in both eyes. He was also allowed to proceed with an Eighth Amendment claim against defendants Keast. Rambur, Coss and Does 5, 6 and 7 (when he learns their identifies), based on allegations they knew he needed oral surgery before the pandemic, and they have known since August 2023 that he needed a cardiac stress test before the surgery, but the stress test and oral surgery have not been scheduled. Plaintiff claims that he continues to suffer in pain from his rotting teeth. (ECF No. 11.)

Plaintiff has filed a motion for the appointment of counsel (ECF No. 1-3) and a motion for temporary restraining order (TRO) and preliminary injunction (PI) (ECF Nos. 9, 10).

Within **14 days** of the date of this Order, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of responding to Plaintiff's motion for appointment of counsel and motion for TRO/PI. If the Attorney General's Office is willing to enter a limited notice of appearance, then also within **14 days** of the date of this Order, the Attorney General's Office shall file a response to Plaintiff's motion for appointment of counsel and motion for TRO/PI. The Attorney General's Office shall file under seal any **relevant** medical and/or dental records. Plaintiff may kite the warden's office to review any records filed under seal, and the Attorney General's Office shall ensure that Plaintiff is given a reasonable amount of time to review these records. Plaintiff will have **seven days** from the date he receives the response to file a reply brief. The court will then determine whether to hold a hearing.

The Clerk of Court shall electronically serve a copy of this Order, a copy of Plaintiff's first amended complaint (ECF No. 12), a copy of the order screening the complaint (ECF No. 11), as well as a copy of Plaintiff's motion for appointment of counsel (ECF No. 1-3) and motion for TRO/PI (ECF Nos. 9, 10 ) on the Nevada Attorney General's Office by adding the Nevada Attorney General's Office to the docket sheet. This will not constitute a general appearance.

///
///
///
///
///

1 | Plaintiff is advised that there is still a stay entered in this case while the parties participate in the court's early mediation program. As such, Plaintiff shall not file any other documents with the court while the stay is in place except for his reply brief as directed in this Order.

**IT IS SO ORDERED**.

Dated: August 5, 2024

_____
Craig S. Denney
United States Magistrate Judge