UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERNANDO RODRIGUEZ,<br><br>                    Plaintiff,<br>       v.<br>JOHN KEAST, *et al.*,<br><br>                    Defendants. | Case No. 3:24-cv-00218-MMD-CSD<br><br>ORDER |

In light of the court's hearing granting Plaintiff's Motion for Appointment of Counsel (ECF No. 1-3), the Court will refer this case to the Pro Bono Program for counsel to be appointed for all purposes through the conclusion of trial.

**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program adopted in Amended General Order 2019-07 for the purpose of identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment shall be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly, this case is referred to the Pro Bono Program for appointment of counsel for the purposes as stated herein.

**IT IS FURTHER ORDERED** that the Clerk of Court forward this order to the Pro Bono Liaison.

DATED: September 27, 2024.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE