# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO RODRIGUEZ,

    Plaintiff

v.

JOHN KEAST, et al.,

    Defendants

Case No.: 3:24-cv-00218-MMD-CSD

**Order**

On October 28, 2024, Defendants filed a status report regarding Plaintiff's medical appointments in October. (ECF No. 35.) The medical records concerning those appointments ((1) an October 7, 2024, appointment with ophthalmologist Dr. Wolff; and (2) October 16, 2024, cardiology appointment notes were submitted *in camera*. A notice of *in camera* submission was not filed. It is unclear why these documents were submitted in camera, and not with a motion for leave to file them under seal. *See* LR IA 10-4 versus LR IA 10-5.

Compelling reasons exist for filing these medical records *under seal*, but there is no reason for them to have been submitted *in camera*. Within **7 days** of the date of this Order, Defendants shall file under seal the exhibits that were submitted *in camera*. Plaintiff should be given an opportunity to review these records by sending a request to the warden in accordance with NDOC regulations.

**IT IS SO ORDERED**.

Dated: November 7, 2024

                                                                               Craig S. Denney
                                                                               United States Magistrate Judge