UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO RODRIGUEZ,

    Plaintiff

v.

JOHN KEAST, et al.,

    Defendants

Case No.: 3:24-cv-00218-MMD-CSD

**Order**

On or before **December 30, 2024**, Defendants shall file a status update addressing:

(1) Whether Plaintiff's cataract surgery has taken place, and the outcome of the surgery; and

(2) The cardiologist's evaluation of Plaintiff's cardiac fitness to undergo general or local anesthesia in connection with his required dental extractions.

**IT IS SO ORDERED**.

Dated: November 15, 2024

_____
Craig S. Denney
United States Magistrate Judge