UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO RODRIGUEZ,<br><br>　　　　Plaintiff<br><br>v.<br><br>JOHN KEAST, et al.,<br><br>　　　　Defendants | Case No.: 3:24-cv-00218-MMD-CSD<br><br>**Order Granting Motion for Status Update**<br><br>Re: ECF No. 59 |

    On May 19, 2025, Plaintiff filed a motion requesting a status update regarding his treatment for dental extractions and cataract surgery. (ECF No. 59.) Previously, the Nevada Attorney General's Office submitted a status report stating that Plaintiff was scheduled for an appointment with Sierra Nevada Eye within thirty days of March 14, 2025, when the report was filed. (ECF No. 57.) During a hearing on March 6, 2025, The Nevada Attorney General's office also represented that Plaintiff was scheduled for dental extractions within thirty days of the hearing. (ECF No. 56.) However, Plaintiff filed a status report on April 17, 2025, stating that no appointment had occurred for either his dental extractions or cataract surgery. (ECF No. 58.) Based on Plaintiff's assertions that he did not receive the treatment the Attorney General's Office stated he would receive, the court grants Plaintiff's request for a status update on the scheduling of those procedures.

    The Attorney General's Office is therefore ordered to file a status report no later than **Monday, May 26, 2025**, that includes the following information:

    1.  Why Plaintiff's scheduled cataract surgery did not occur;

    2.  Why Plaintiff's scheduled dental extraction appointment did not occur;

3. Whether either procedure has been rescheduled, and if not, why the procedures have not been rescheduled.

**IT IS SO ORDERED**.

Dated: May 21, 2025

_____
Craig S. Denney
United States Magistrate Judge