# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO RODRIGUEZ,<br><br>                          Plaintiff,<br><br>  v.<br><br>JOHN KEAST, *et al.*,<br><br>                         Defendants. | 3:24-cv-00218-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 60 |

The court's order of May 21, 2025 (ECF No. 60) is **AMENDED** to reflect that the Attorney General's Office shall file a status report by close of business on **Tuesday, May 27, 2025**, regarding Plaintiff's scheduled cataract surgery and dental extraction appointment.

**IT IS SO ORDERED.**

DATED:  May 22, 2025.

_____
Craig S. Denney
United States Magistrate Judge