# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO RODRIGUEZ,<br><br>                      Plaintiff,<br><br>  v.<br><br>JOHN KEAST, *et al.*,<br><br>                      Defendants. | 3:24-cv-00218-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 64 |

The court has received Plaintiff's Notice to the Court re Status Conference scheduled on Monday, June 9, 2025, at 2:30 p.m. (ECF No. 64.)

The court will permit Plaintiff to have the assistance of inmate Timothy H. Johnson (#23766) at Northern Nevada Correctional Center to help Plaintiff at the status conference scheduled on Monday, June 9, 2025, at 2:30 p.m. The inmate helper, however, may not serve as counsel or advocate for Plaintiff at the hearing.

**IT IS HEREBY ORDERED** that the Office of the Attorney General shall arrange the 3-way call between Plaintiff, Inmate Timothy H. Johnson (#23766) and Deputy Attorney General Whipple before calling the court for the hearing on **Monday, June 9, 2025, at 2:30 p.m.**

DATED:  June 6, 2025.



_____
Craig S. Denney
United States Magistrate Judge