# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO RODRIGUEZ,

    Plaintiff

v.

JOHN KEAST, et al.,

    Defendants

Case No.: 3:24-cv-00218-MMD-CSD

**Order**

Re: ECF No. 74

The court will permit Plaintiff to have the assistance of inmate Timothy Johnson (#23766) at Northern Nevada Correctional Center (NNCC) to help Plaintiff at the case management conference scheduled for August 14, 2025, at 9:00 a.m. Johnson, however, may not serve as counsel or advocate for Plaintiff at the hearing.

The Attorney General shall arrange the three-way call between Plaintiff, inmate Timothy Johnson (#23766) and the Deputy Attorney General before calling the court for the case management conference on **August 14, 2025, at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated: July 21, 2025

_____
Craig S. Denney
United States Magistrate Judge