Meng Zhong
NV Bar No.: 12145
WOMBLE BOND DICKINSON (US) LLP
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV  89113
Tele: 702-949-8200
E-mail: Meng.Zhong@wbd-us.com

*In conjunction with Legal Aid Center of Southern*
*Nevada Federal Pro Bono Program*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN KEAST, et al.,<br><br>    Defendants. | Case No.  3:24-cv-00218-CSD<br><br>**STIPULATION AND PROPOSED**<br>**ORDER TO EXTEND RESPONSE**<br>**DEADLINE TO THE MOTION FOR**<br>**SUMMARY JUDGMENT**<br><br>(Third Requested Extension) |

Plaintiff Fernando Rodriguez, by and through counsel, Womble Bond Dickinson (US) LLP and Defendants John Keast, Kenneth Williams, Christy Coss, Joseph Benson, and Jessica Rambur, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, hereby stipulate to request the Court extend the deadline to file a response to Defendants' Motion for Summary Judgment (ECF No. 98). This is the third requested extension.

The current response due date is July 1, 2026. The parties stipulate to a thirty-day extension up to and including July 30, 2026.

Good cause supports this request. Undersigned counsel requires additional time to finalize the response to the Motion for Summary Judgment, as counsel is still awaiting Plaintiff's comments and feedback on the draft. Counsel has recently learned that Plaintiff has been in the infirmary, which has hindered communications. Counsel is actively working to arrange a consultation with Plaintiff to complete this process.

Accordingly, the parties hereby stipulate to request the Court extend the response due

4898-6949-9833.1



date from July 1, 2026, to July 30, 2026.

The parties respectfully request the Court grant the request, and extend the deadline.

Dated this 30th day of June, 2026.

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Meng Zhong
Meng Zhong, Esq.
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV  89113
Tele: 702-949-8200
E-mail: Meng.Zhong@wbd-us.com

*In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

Dated this 30th day of June, 2026.

By: /s/ Victoria C. Corey
Aaron D. Ford, Attorney General
Victoria C. Corey, Senior Deputy Attorney General
State of Nevada
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
Tele: 702-486-0429
E-mail: vcorey@ag.nv.gov

*Attorneys for Defendants*
*John Keast, Kenneth Williams, Christy Coss,*
*Joseph Benson, and Jessica Rambur*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 1, 2026

- 2 -

4898-6949-9833.1