AARON D. FORD
Attorney General
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants Joseph Benson, Christy Coss, John Keast, Jessica Rambur, and Kenneth Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FERNANDO RODRIGUEZ,

Plaintiff,

v.

JOHN KEAST, *et al.*,

Defendant.

Case No. 3:24-cv-00218-CSD

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**FIRST REQUEST**

Defendants Joseph Benson, Christy Coss, John Keast, Jessica Rambur, and Kenneth Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General of the State of Nevada, Office of the Attorney General, and Plaintiff Fernando Rodriguez, by and through counsel, Meng Zhong, Womble Bond Dickinson, hereby stipulate to extend the deadline for Defendants to file their Reply In Support of Their Motion for Summary Judgment to September 1, 2026.

LR 26-3 requires that the extension of any date set by the discovery plan, scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain the reasons an extension is needed—demonstrate good cause for the extension.

Good cause to extend the deadline exists. Senior Deputy Attorney General Victoria Corey will be unexpectedly out of the office for a medical reason beginning August 12, 2026.

As such, the parties stipulate to an extension of time for Defendants to file their Reply In Support of Their Motion for Summary Judgment to September 1, 2026.

DATED this 11th day of August 2026
and respectfully submitted by:
AARON D. FORD
Attorney General

/s/ *Victoria C. Corey*
VICTORIA C. COREY

*Attorneys for Defendants*

DATED this 11th day of August 2026
and approved as to form and content by:

*/s/Meng Zhong*
MENG ZHONG

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2026