AARON D. FORD
Attorney General
VICTORIA C. COREY (Bar No. 16364)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants Joseph Benson, Christy Coss, John Keast, Jessica Rambur, and Kenneth Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FERNANDO RODRIGUEZ,

Plaintiff,

v.

JOHN KEAST, *et al.*,

Defendant.

Case No. 3:24-cv-00218-CSD

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**SECOND REQUEST**

Defendants Joseph Benson, Christy Coss, John Keast, Jessica Rambur, and Kenneth Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General of the State of Nevada, Office of the Attorney General, and Plaintiff Fernando Rodriguez, by and through counsel, Meng Zhong, Womble Bond Dickinson, hereby stipulate to extend the deadline for Defendants to file their Reply In Support of Their Motion for Summary Judgment to September 11, 2026. This is the parties second request.

LR 26-3 requires that the extension of any date set by the discovery plan, scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain the reasons an extension is needed—demonstrate good cause for the extension.

///

Good cause to extend the deadline exists. Senior Deputy Attorney General Victoria Corey is still in-and-out of the office for medical purposes, leading to additional time needed for Defendants to file their reply. Defendants do not anticipate needing any additional time after this requested extension.

As such, the parties stipulate to an extension of time for Defendants to file their Reply In Support of Their Motion for Summary Judgment to September 11, 2026.

DATED this 1st day of September 2026 and respectfully submitted by:
AARON D. FORD
Attorney General

/s/ *Victoria C. Corey*
VICTORIA C. COREY

*Attorneys for Defendants*

DATED this 1st day of September 2026 and approved as to form and content by:

*/s/ Meng Zhong*
MENG ZHONG

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2026